UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00829-ODW-SSC                    Date: June 9, 2026

Title        Ahmet Can Tekin v. Warden of Desert View Annex Detention
             Center, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

                Teagan Snyder                               n/a
                Deputy Clerk                        Court Reporter / Recorder

    Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
           None Present                          None Present

**Proceedings:**   (IN CHAMBERS) **ORDER**

      On February 24, 2026, the District Judge granted in part
Petitioner's application for a temporary restraining order (TRO) and
ordered Respondents to release Petitioner or, in the alternative, provide
him with an individualized bond hearing before an immigration judge
pursuant to 8 U.S.C. § 1226(a) within seven days.  (ECF 9 at 3.)  On
March 5, 2026, Respondents filed a response to the District Judge's
order to show cause indicating that Petitioner was released that day.
(ECF 10 at 2.)  Petitioner did not file a reply to Respondents' response.

      No later than **June 16, 2026**, the parties should file a stipulated
order and proposed judgment granting the 28 U.S.C. § 2241 petition on
the same grounds and under the same terms as the District Judge's
ruling on the TRO, with all appellate rights reserved.  *See Ranchers
Cattlemen Action Legal Fund United Stockgrowers of Am. v. U.S. Dep't*

---

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:26-cv-00829-ODW-SSC                    Date: June 9, 2026

Title        Ahmet Can Tekin v. Warden of Desert View Annex Detention
Center, et al.

*of Agr.*, 499 F.3d 1108, 1114 (9th Cir. 2007); *see also Gonzalez v. Arizona,* 677 F.3d 383, 389 n.4 (9th Cir. 2012) (en banc).  If for any reason the parties cannot comply with that instruction, they shall file a joint status report no later than **June 16, 2026,** explaining why and proposing dates for a prompt status hearing with the Court.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |