UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMET CAN TEKIN,<br><br>                              Petitioner,<br><br>            v.<br><br>WARDEN OF DESERT VIEW<br>ANNEX DETENTION CENTER, et<br>al.,<br><br>                              Respondents. | Case No. 5:26-cv-00829-ODW-SSC<br><br>ORDER ON JOINT PROPOSED<br>GRANT OF PETITION AND<br>ENTRY OF JUDGMENT UNDER<br>28 U.S.C. § 2241 (ECF 15) |

The parties jointly request that judgment granting the 28 U.S.C. § 2241 petition be granted on the same grounds and under the same terms as in this Court's order granting in part Petitioner's application for a temporary restraining order (ECF 9).  In accordance with the terms of that joint request (ECF 15), IT IS ORDERED that the petition under 28 U.S.C. § 2241 be granted as stipulated, with appellate rights reserved.

Judgment will be entered accordingly.  The Clerk is instructed to close this case.

IT IS SO ORDERED.


DATED: June 18, 2026

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge

Presented by:

_____
STEPHANIE S. CHRISTENSEN
United States Magistrate Judge

2