UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMET CAN TEKIN,<br><br>               Petitioner,<br><br>      v.<br><br>WARDEN OF DESERT VIEW<br>ANNEX DETENTION CENTER, et<br>al.,<br><br>             Respondents. | Case No. 5:26-cv-00829-ODW-SSC<br><br>JUDGMENT |

Pursuant to the Order on Joint Proposed Grant of Petition and Entry of Judgment under 28 U.S.C. § 2241, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted as set forth in that order.

DATED: June 18, 2026

_____
HONORABLE OTIS D. WRIGHT, II
United States District Judge